Robert J. Cassity
Nevada Bar No. 9779
Ryan A. Semerad
Nevada Bar No. 14615
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2500
Fax: (702) 669-4650
bcassity@hollandhart.com
rasemerad@hollandhart.com

Christopher K. Ralston (*pro hac vice* forthcoming)
James Gilbert (*pro hac vice* forthcoming)
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Phone: 504-566-1311
Fax: 504-568-9130
chris.ralston@phelps.com
james.gilbert@phelps.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALIANZA NETWORK, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HUGHES, an individual, NATALIE RUSCHAK, an individual, WILBUR JOHN MANUEL III, an individual, and JAMES PERKINS, an individual,<br><br>Defendants. | CASE NO.: 2:18-cv-01260-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF NO. 1)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel of record, as follows:

1. Plaintiff filed its Complaint (ECF No. 1) on July 10, 2018.

2. Defendants' current deadlines to file in response to the Complaint are October 22, 2018 for Stephen Hughes, Wilbur John Manuel III, and James Perkins; and October 23,

1

2018 for Natalie Ruschak.

3. Defendants' counsel has just been engaged and requires additional time to prepare a response to the Complaint on behalf of the Defendants.

4. Defendants shall have a three-week extension from October 22, 2018, or until November 12, 2018, to file in response to the Complaint.

5. This is the parties' first request for an extension. This stipulation is made in good faith and not for purposes of delay.

DATED October 19, 2018

DATED October 19, 2018

By /s/ Robert J. Cassity
HOLLAND & HART LLP
Robert J. Cassity
Ryan A. Semerad
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

PHELPS DUNBAR LLP
Christopher K. Ralston (*pro hac vice* forthcoming)
James Gilbert (*pro hac vice* forthcoming)
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130

*Attorneys for Defendants*

By /s/ Ryan M. Lower
MORRIS LAW GROUP
Ryan M. Lower
Jean-Paul Hendricks
411 E. Bonneville Ave., Ste 360
Las Vegas, NV 89101

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Andre J. Cronthall
Sarah A.K. Blitz
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

*Attorneys for Plaintiff Alianza Network, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2018

11552370_1

2