1 | MORRIS LAW GROUP
2 | RYAN LOWER, Nev. Bar No.
  | 411 E. Bonneville Ave., Ste. 360
3 | Las Vegas, Nevada 89101
  | Telephone: 213-620-1780
  | Facsimile:  213-620-1398
4 | E-Mail:     rml@morrislawgroup.com

5 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  | A Limited Liability Partnership
6 | Including Professional Corporations
  | ANDRE J. CRONTHALL, Cal. Bar No. 117088
7 | SARAH A. K. BLITZ, Cal. Bar No. 280118
  | 333 South Hope Street, 48th Floor
8 | Los Angeles, California  90071-1448
  | Telephone: 213-620-1780
9 | Facsimile:  213-620-1398

10 | E-Mail:    acronthall@sheppardmullin.com
   | E-Mail:    sblitz@sheppardmullin.com

Attorneys for Plaintiff
ALIANZA NETWORK, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALIANZA NETWORK, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HUGHES, an individual, NATALIE RUSCHAK, an individual, WILBUR JOHN MANUEL III, an individual, JAMES PERKINS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01260-JAD-PAL<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

## TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that an agreement has been reached to settle this action in its entirety as to all parties, wherein the parties have agreed to dismiss all claims with prejudice. The parties are memorializing their agreement and expect that a motion for dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) will be filed within the next thirty days.

MORRIS LAW GROUP

By: *Ryan Lower*
Ryan M. Lower, NV Bar No. 9108
Jean-Paul Hendricks, NV Bar No. 10079
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ANDRE J. CRONTHALL, Cal. Bar No. 117088
SARAH A. K. BLITZ, Cal. Bar No. 280118
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448

Attorneys for Plaintiff
ALIANZA NETWORK, INC.

**IT IS ORDERED** that the parties shall have until **February 11, 2019**, to either file a stipulation to dismiss with prejudice, or the parties' proposed discovery plan and scheduling order.

Dated: January 10, 2019

_____
Peggy A. Leen
United States Magistrate Judge

1 **CERTIFICATE OF SERVICE**

2         Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of

3 Nevada Electronic Filing Procedures, I certify that I am an employee of

4 MORRIS LAW GROUP, and that the following document was served via

5 electronic service: **NOTICE OF SETTLEMENT**.

6 TO:

Robert J. Cassity
Ryan A. Semerad
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 222-2500
Fax: (702) 669-4650
Email: bcassity@hollandhart.com
Email: rasemerad@hollandhart.com

Christopher K. Ralston (*pro hac vice* forthcoming)
James Gilbert (*pro hac vice* forthcoming)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Fax: (504) 568-9130
Email: chris.ralston@phelps.com
Email: james.gilbert@phelps.com

        DATED this <u>9th</u> day of January, 2019.

                By: <u>*/s/ Gabriela Mercado*</u>
                    An employee of Morris Law Group