MORRIS LAW GROUP
Ryan M. Lower, NV Bar No. 9108
Jean-Paul Hendricks, NV Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: jph@morrislawgroup.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ANDRE J. CRONTHALL, Cal. Bar No. 117088 *(pro hac vice)*
SARAH A. K. BLITZ, Cal. Bar No. 280118 *(pro hac vice)*
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
E-Mail: acronthall@sheppardmullin.com
E-Mail: sblitz@sheppardmullin.com

Attorneys for Plaintiff
ALIANZA NETWORK, INC

# UNITED STATES DISTRICT COURT

# DISTRICT NEVADA

| | |
|---|---|
| ALIANZA NETWORK, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HUGHES, an individual, NATALIE RUSCHAK, an individual, WILBUR JOHN MANUEL III, an individual, and JAMES PERKINS, an individual,<br><br>Defendants. | Case No. 2:18-cv-01260-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 22, 33 |

///

1

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

IT IS HEREBY STIPULATED AND AGREED, by and between the parties above-named, through their undersigned respective attorneys of record, that this action be dismissed, with prejudice, each party to bear his, her, and/or its own fees and costs.

DATED this 29th day of January, 2019.

| MORRIS LAW GROUP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Ryan Lower | By: /s/ Robert Cassity |
| Ryan M. Lower, NV Bar No. 9108<br>411 E. Bonneville Ave., Suite 360<br>Las Vegas, Nevada 89101 | Robert J. Cassity, NV Bar No.9779<br>Ryan A. Semerad, NV Bar No. #14615<br>9555 Hillwood Drive, 2nd Floor<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Andre J. Cronthall (*pro hac vice*)<br>Cal Bar No. 117088<br>Sarah A. K. Blitz (*pro hac vice*)<br>Cal. Bar No. 280118<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071-1448 | PHELPS DUNBAR LLP<br>Christopher K. Ralston (*pro hac vice*)<br>James Gilbert (*pro hac vice*)<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130 |
| *Attorney for Plaintiffs*<br>*Alianza Network, Inc.* | *Attorney for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The pending motion to dismiss **[ECF No. 22]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2019

2